# EXHIBIT A

## BILL OF SALE AGREEMENT

FOR VALUE RECEIVED, Gus A. Paloian, not individually but solely as Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Kevin Fry (Case No. 17-21106 in the Bankruptcy Court for the Northern District of Illinois), does hereby, convey to Kevin Fry ("**Buyer**") the Estate's right, title, and interest in and to the non-exempt equity in that certain 2007 Toyota FJ Cruiser titled in the name of Kevin Fry (the "**Vehicle**"), pursuant to terms and conditions set forth herein.

The sale of the Vehicle is subject to the following terms and conditions:

1.      Buyer purchases the non-exempt equity in the Vehicle on an "**AS IS, WHERE IS**" basis, without any representations or warranties of any kind by the Trustee for Four Thousand Hundred Dollars ($4,000.00).

2.      This Bill of Sale Agreement may be executed in counterparts, each of which shall be deemed an original and all of which, when taken together, shall constitute one and the same instrument.

3.      Exculpation.  This Agreement is executed by Gus A. Paloian, not personally or individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Kevin Fry, and in the exercise of power and authority conferred upon and vested in him as Trustee.  By executing this agreement, all parties, for themselves and on behalf of their successors and assigns, and any other person or entity claiming any rights through them to this agreement, agree that no personal liability or responsibility is assumed by, shall attach to, or shall at any time be asserted or enforced against Gus A. Paloian personally or individually, and/or against his attorneys, with all such personal liability, if any, being expressly waived and released by the parties.

[signatures on following page]

80764239v.1

Gus A. Paloian, not individually, but solely as   Kevin Fry, individually
Chapter 7 trustee for the bankruptcy estate of
Kevin Fry

By: _____   By: _____
    Gus A. Paloian, as Trustee       Kevin Fry